Michael J. Macco
Chapter 13 Trustee
2950 Express Drive South, Suite 109
Islandia, NY  11749

*This Order relates to a hearing
on May 1, 2019*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In re:                                                     **tmm1634**
                                                           CHAPTER 13
JERINA MCALLISTER

                                                           CASE NO. 19-40714-608


                    Debtor(s).            **ORDER**
-----------------------------------------------------X

Upon the application and motion of the Trustee to determine whether the petition for relief under the

provisions of Chapter 13 of Title 11 of the United States Code should be dismissed <u>with prejudice</u>, and same

having come on to be heard before the Honorable Carla E. Craig on the 1st day of MAY, 2019, and Michael

J. Macco, Chapter 13 Trustee, one (1) yearhaving appeared in support of the motion, and it appearing to the

satisfaction of the Court that the best interests of creditors and the estate require this case be dismissed <u>with</u>

<u>prejudice</u>, and that sufficient cause has been shown, it is

          **ORDERED**, that pursuant to the provisions of 11 U.S.C. §§109(g), 521 & 1307(c), the above

referenced Chapter 13 case is hereby dismissed <u>with</u> <u>prejudice</u>, and the debtor is prohibited from filing another

petition under Chapter 13 or converting a Chapter 7 to Chapter 13 for a period of  one (1) year from the date of this

Order, except that the debtor, on notice to the Trustee and all creditors, may move for relief from this Order based

upon changed circumstances and for other good cause shown by motion filed in this case.



**Dated: Brooklyn, New York**
**       May 30, 2019**

_____
          **Carla E. Craig**
**United States Bankruptcy Judge**